**Order entered March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00076-CR

**ARTURO HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-54818-S**

## ORDER

Appellant's Objection to Supplemental Clerk's record is **OVERRULED.**


/s/     KERRY P. FITZGERALD
        JUSTICE